Filed on 5/28/2015 10:20:12 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 10:25:22 AM
CHRISTOPHER A. PRINE
Clerk

May 28, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1061720
Trial Court Number: One (1)

**Style:**

| | | |
|---|---|---|
| TIERRA WILSON | VS. | HOUSTON HOUSING AUTHORITY |
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** DEBRA IBARRA MAYFIELD

| | |
|---|---|
| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
| **Tierra Wilson, Pro Se** | **Nicole Taylor, No. 24015130** |
| **1807 Ewing Street No. 14A** | **610 Uptown Road, Suite 2000** |
| **Houston, Texas 77004** | **Cedar Hill, Texas 75104** |
| **Phone: (713) 993-6762** | **Phone: (713) 766-3655** |
| **Fax: N/A** | **Fax: (888) 400-8118** |
| **E-Mail: N/A** | **E-Mail: Nicole.taylor@taylormadelaw.com** |

Tierra Wilson, appellant, filed a Notice of Appeal on May 27, 2015 from the Final Judgment that was signed on May 18, 2015.

The Clerk's Record is due to your office on or before July 7, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CASE NO. 1061720

COURT NO. 1

PLAINTIFF: Houston Housing Authority

VS.

DEFENDANT: Tierra Wilson

## ~~ANSWER~~

Notice of Appeal

I Tierra Wilson will like to file an "Notice to Appeal case #1061720. My address is 1801 Ewing St. #14A, Houston, Tx 77004 & the contact number is (7)993-6762.

2015 MAY 27 PM 3: 43

FILED

TEXAS

DATE:_____

SIGNATURE: Tierra Wilson

PRINT NAME: Tierra Wilson

ADDRESS: 1801 Ewing St. #14A Houston TX, 77004
(STREET)  (CITY)  (STATE)  (ZIP)

PHONE: 713-993-6762

Form No. H-01-60 (Rev. 01/01/2011)

2

**"CLOSED"** CAUSE NO. _106 1720_

_SIC_

H_ouston_ _Housing Authority_
PLAINTIFF _Ewing Apts_

Vs.

_Tierra Wilson_
DEFENDANT

IN THE COUNTY CIVIL

COURT AT LAW # ONE

OF HARRIS COUNTY,

TEXAS

# JUDGMENT

On the _18_ day of ___May___, 20_15_ in the above entitled and numbered

cause, came Plaintiff and announced ready for trial. Defendant,

✔ also appeared and announced ready for trial.

___ having been duly notified of this trial setting, failed to appear.

No jury fee having been paid, the parties proceeded to trial without the

intervention of a jury. The Court, after considering the pleadings, evidence and

arguments of the parties, is of the opinion that Defendants are guilty of forcible

detainer of the hereinafter described premises and that Plaintiff, have and recover

from Defendant as follows,

ORDERED, ADJUDGED, AND DECREED that Plaintiff _Houston Housing Authority_

_Ewing Apts_ does have and recover possession of the premises from Defendant

_Tierra Wilson_ located at _1807 Ewing St_

_Apt 14A_ , _Houston_ , Harris County, Texas

(address)               (city)

_77004_ ; that a Writ of Possession issue to the proper officer commanding him to
(zip)

**3**

seize possession of said premises and deliver same to Plaintiff after said Writ of

Possession has been duly filed by Plaintiff if Defendants have not vacated the

herein described premises by ___ MAY 29, 2015 ___.
(date)

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff does have

recover from Defendant in the amount of $ ___ 0 ___, together with post-judgment

interest at the rate of 5% per annum from the date of judgment until paid in full.

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff does have

Judgment against sureties ___ 0 ___ and ___

jointly and severally for an amount not to exceed $ ___.

The supersedeas bond to stay execution of this Judgment is hereby set at

$ ___ 1,110.00 ___. **Said bond to be either cash or corporate surety bond.**

The Clerk of the Court if hereby ORDERED to issue all writs and processes,

including but not limited to Writs of Execution, in aid of satisfaction of this judgment.

This is a Final Judgment disposing of **ALL** issues and **ALL** parties, and **ALL**

prior interlocutory Orders of the Court in this cause are hereby made Final.

SIGNED THIS ___18___ DAY OF ___ May ___, 20 ___15___

___
JUDGE PRESIDING

I hereby certify that the last known address of Defendant is:

Defendant's Name: Tierra Wilson

Address: 1807 Ewing St Apt 14A

City, State, Zip: Houston TX 77004

2015 MAY 18 PM 3:01

**4**

_Plaintiff's Signature_

Amy Nicole Taylor for Houston Housing Authority Ewing Apts

_Plaintiff's Name_

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.